IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JULIE METROLIS                                                                                      PLAINTIFF

VS.                                                           CIVIL ACTION NO: 1:16-CV-109-SA-DAS

MUGSHOTS TUPELO, LLC, and
AIN'T LIFE GRAND INVESTMENTS, LLC                                                  DEFENDANTS

AGREED ORDER OF DISMISSAL WITH PREJUDICE

Presently before the Court is the Parties' joint *ore tenus* Motion to dismiss all claims in this matter with prejudice. The Court is of the opinion that said Motion is well-taken and should be granted.

It is, therefore, ORDERED AND ADJUDGED that all claims in this matter shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED on this, the 26th day of October, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE


AGREED:


/s/ Martin Regimbal
Attorney for Ain't Life Grand Investments, LLC


/s/ Brent Siler
Attorney for Mugshots Tupelo, LLC


/s/ R. Shane McLaughlin
Attorney for Julie Metrolis